No. 99–7528. OMOIKE *v.* LOUISIANA STATE UNIVERSITY BOARD OF SUPERVISORS ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dis-

missed. See this Court's Rule 39.8.